IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DEBRA POTTS, KIMBERLY HUNT, and MERRITT CHAPLIN, Individually and on behalf of all others similarly situated,<br>    Plaintiffs,<br><br>v.<br><br>NASHVILLE LIMO & TRANSPORT, LLC, JOSHUA M. LEMAY, and TRACY MCMURTRY,<br>    Defendants.<br><br>v.<br><br>JOSHUA M. LEMAY and NASHVILLE LIMO & TRANSPORT, LLC,<br>    Cross-Plaintiffs,<br><br>v.<br><br>TRACY MCMURTRY,<br>    Cross-Defendant. | Civil No. 3:14-cv-1412<br>Judge Trauger |

**O R D E R**

On August 25, 2018, the magistrate judge issued a Report and Recommendation (DE #194), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, the following are hereby ORDERED:

1. Nashville Limo's Motion to Dismiss (Docket No. 165) is GRANTED as to opt-in plaintiffs Merritt Chaplin, Mazzio Chumney, Christa Webster, Ronnie Chrismon, Da'Shaun Williamson, Ulina Holt, Amanda Beasley, Valencia Jenkins, Antwoine Wilson, Dejuan Jones, and Michael Williamson.

2. Nashville Limo's Motion to Dismiss (Docket No. 165) is DENIED as to opt-in plaintiffs Kimberly Hunt, Donta Yarbro, Marcus McCarroll, Dwight James, Erin Johnson, David Wells, and John Thomas.

3. The motions filed by Dwight James (Docket No. 189) and David Wells (Docket No. 190) to remain as opt-in plaintiffs in this action are GRANTED.

4. Nashville Limo's Motion to Dismiss (Docket No. 165) is found moot as to opt-in plaintiffs Michael Boyd, Kenneth Neal, and Georgetta Pitts.

It is so **ORDERED**.

ENTER this 23rd day of May 2018.

_____
ALETA A. TRAUGER
U.S. District Judge